63,507 01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 24 2015

Abel Acosta, Clerk

FROM:
RONNIE DWAYNE McKEE#1841949
McCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE, TEXAS   78102

TO:
COURT OF CRIMINAL APPEALS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS   78711-2308

DATE: 6-19-2015

This document contains some pages that are of poor quality at the time of imaging.

RONNIE DWAYNE McKEE      VS. THE STATE OF TEXAS
IN RE: TO CAUSE#1366229-A
FILING WRIT OF MANDAMUS

DEAR CLERK:
ENCLOSED PLEASE FIND MY ORIGINAL COPY OF THE WRIT OF MANDAMUS
PLEASE FILE WITH THE COURT SEND TO ME A COPY OF THE SAME STAMPED
AS FILED FOR MY RECORDS MY ADDRESS IS LISTED ABOVE.


_Ronnie D. McKee_
RONNIE DWAYNE McKEE

CAUSE#1366229-A

RONNIE DWAYNE McKEE                      IN THE 337th. JUDICAL

V.

STATE OF TEXAS                           DISTRICT COURT OF
                                         HARRIS COUNTY TEXAS

PLAINTIFFS_ORIGINAL_APPLICATION_FOR_WRIT_OF_MANDAMUS

TO THE HONORABLE JUDGE OF SAID COURT: COMES NOW
RONNIE McKEE RELATOR PRO-SE IN TKE ABOVE STYLED
AND NUMBERED CAUSE OF ACTION AND FILES THIS ORIGINAL
WRIT OF MANDAMUS, PURSUANT TO ARTICAL 11.07 SECTION
3(c) OF THE TEXAS CODE OF CRIMINAL PROCEDURE, AND WOULD
SHOW THE COURT THE FOLLOWING:
                          I.
RELATOR RONNIE McKEE TDCJ#1841949 IS AN OFFENDER INCAR-
CERATORED IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE
AND APPEARING PRO-SE, WHO CAN BE LOCATED AT THE JESTER
3 UNIT 3 JESTER Rd. RICHMOND,TEXAS 77406 RELATOR HAS
EXHAUSTED HIS REMEDIES AND HAS NO OTHER ADEQUATE REMEDY
AT LAW.
THE ACT SOUGHT TO BE COMPELLED IS MINISTERIAL NOT DIS-
CRETIONARY IN NATURE. TCCP ART.11.07 SECTION 3(c) REQURIES
RESPONDENT TO IMMEDIATLY TRANSMIT TO THE COURT OF CRIMINAL
APPEALS A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS
NAY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON
WHICH THAT FINDING WAS MADE IF THE CONVICTING COURT DECIDES
THAT THESE ARE NO ISSUES TO BE RESOLVED. NO COPY OF APPLICATION
FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE
RECITING THE DATE UPON WHICH THAT FINDING WAS MADE HAVE BEEN
TRANSMITTED TO YHE COURT OF CRIMINAL APPEALS BY RESPONDENT AS
REQUIRED BY STATUTE, RELATOR WOULD HAVE RECIEVED NOTICE FROM
THE COURT OF CRIMINAL APPEALS.
                          II.
RESPONDENT SILVIA PUBCHARA IN HER CAPACITY AS COURT APPOINTED
ATTORNEY OF HARRIS COUNTY TEXAS HAS A MINISTERIAL DUTY TO
RECEIVE AND FILED ALL PAPERS IN A CRIMINAL PROCEDING, AND
PERFORM ALL OTHER DUTIES IMPOSED ON THE CLERK BY LAW PURSUANT
TO TCCP ART. 2.21 AND IS RESPONSIBLA UNDER TCCP 11.07 SECTION
3(c) TO IMMEDIATELY TRANSMIT TO THE COURT OF CRIMINAL APPEALS.
A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY
ANSWERS FILED, NAD A CERTIFICATE RECITING THE DATE UPON WHICH
THAT IFNDING WAS MADE IF THE CONVICTING COURT DECIDES THAT
THERE ARE NO ISSUES TO BE RESOLVED, SILVIA PUBCHARA MAY BE
SERVED AT HER PLACE OF BUSINESS AT 12GREENWAY PLAZA SUITE
1100 HOUSTON TEXAS 77046

D. VIOLATION OF ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE.

THE RESPONDENT VIOLATED ARTICLE 11.07 SECTION 3(c) OF THE TEXAS CODE OF CRIMINAL PROCEDURE BY FAILING TO PROVIDE A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS WITHIN THE TIME PERSCRIBED BY LAW AND WITHIN A REASONBLE TIME FROM THE DATE ON WHICH THE DOCUMENTS WERE REQUESTED TO BE TRANSMITTED. REQUEST FOR THE TRANSMITTAL OF THE APPLICATION FOR THE WRIT OF HABEAS CORPUS ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE WERE MADE BY RELATOR TO CHRIS DANIEL DISTRICT CLERK, HARRIS COUNTY TEXAS BY U.S. POSTAL SERVICE MAILED LETTERS DATED MAY 12,2014 & MARCH 3rd.2015, PURSUANT TO ARTICAL 11.07 SECTION 3(c) OF THE CODE OF CRIMINAL PROCEDURE TRUE AND ACCURATE COPIES OF THE ABOVE LETTERS ARE ATTACHED HERETO AS EXHIBITS (A THROUGH E) AND ARE INCORPORATED BY REFERANCE HEREIN OF ALL PURPOSE. TO DATE RELATOR HAS RECIEVED NO RESPONSE FROM RESPONDENT REGARDING RELATORS REQUEST FOR TRANSMITTAL OF A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS.

AS IS CLEAR FROM RELATORS LETTERS (SEE EXHIBITS A-E) RELATOR HAS REPEATEDLY PUT RESPONDENT ON NOTICE THAT THE RELATOR SEEKS THE TRANSMITTAL OF A COPY THE APPLICATION FOR WRIT OF HABEAS CORPUS ANY ANSWERS FILED AND A CERTIFICATE RECITING THE DATE ON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS AND THAT SUCH RECORDS ARE REQUIRED BY THE COURT OF CRIMINAL APPEALS TO ACT ON RELATORS WRIT OF HABEAS CORPUS. RELATOR HAS GONE WELL BEYOND ANY REQUIREMENT OR OBLIGATIONS IMPOSED UPON HIM BY THE TEXAS CODE OF CRIMINAL PROCEDURE, IN CONTRAST TO RELATORS EFFORTS, RESPONDANT HAS WHOLLY FAILED TO OCMPLY WITH THE TEXAS CODE OF CRIMINAL PROCEDURE, ARTICLE 11.07 SECTION 3(c), IS ACTING IN BAD FAITH, AND HAS ALSO FAILED TO AFFORD RELATOR THE PROFESSIONAL AND COMMON COURTESY OF ANY WRITTEN RESPONSES TO HIS CORRESPONDENCE AND REQUEST. ARTICLE11.07 SECTION 3(c) CLEARLY STATES THAT (1) IF THE CONVICTING COURT DECIDES THAT THERE ARE NO SUCH ISSUES, THE CLERK SHALL IMMEDIATELY TRANSMIT (EMPHASIS ADDED) TO THE COURT OF CRIMINAL APPEALS A COPY OF THE APPLICATION ANY ANSWERS FILED AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE. FAILURE OF THE COURT TO ACT WITHIN THE ALLOWED 20 DAYS SHALL CONSTITUTE SUCH A FINDING. TEXAS CODE OF CRIMINAL PROCEDURE ARTICLE 11.07 SECTION3(c) RESPONDENT IS IN VIOLATION OF THIS PROCEDURE, MINISTERIAL DUTIES, AND THUS THE LAWS OF THIS STATE.

## PRAYER FOR RELIEF IV.

WHEREFORE, PREMISES CONSIDERED, RELATOR RONNIE McKEE, PRO-SE RESPECTFULLY REQUEST A FINDING THAT THE RESPONDENT DID NOT TRANMIT DOCUMENTS TO THE COURT OF CRIMINAL APPEALS WITHIN A REASONBLE TIME AFTER THE ADTE THEY WERE REQUESTED AND THAT RELATOR BROUGHT THIS LITIGATION IN GOOD FAITH AND HAS SUB-STANTIALLY PREVAILED. RELATOR PRAYS FOR AN ORDER DIRECTING RESPONDENT TO TRANSMIT A COPY OF THE APPLICATION FOR WRIT OF HABEAS CORPUS, ANY ANSWERS FILED, AND A CERTIFICATE RECITING THE DATE UPON WHICH THAT FINDING WAS MADE TO THE COURT OF CRIMINAL APPEALS AS DIRECTEDIN ARTICLE 11.07 SECTION 3(c)OF THE TEXAS CODE OF CRIMINAL PROCEDURE AND AS REQUESTED IN RELATORS LETTERS (EXHIBITS A THROUGH E).

RESPECTFULLY SUBMITTED.

By. Ronnie McKee

INMATES DECLARATION


I RONNIE DWAYNE McKEE BEING PRESENTLY INCARSERATED IN THE
TEXAS DEPARTMENT OF CRIMINAL JUSTICE DECLARE UNDER PENALTY
OF PERJURY THAT ACCORDING TO MY BELIEF THE FACTS STATED IN
THE APPLICATION ARE TRUE AND CORRECT.


SIGNED ON __Ronnie J. McKee_____

## NOTICE
## OFFENDER NOTARY PUBLIC SERVICE

Under both Federal law (28 U.S.C § 1746) and State law (V.T.C.A. Civil Practice & Remedies Code, §132.001-132.003), offenders incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration, verification, certification, oath, or affidavit sworn before a Notary Public.

I _Ronnie DwAyne McKee_ (insert offender name and TDCJ number), being presently incarcerated in _McConnell_ (insert TDCJ unit name), in _Bee_ County, Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on the _19_ day of _June_, 20_15_. _Ronnie D. McKee_ "
(Offender Signature)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE # 184949
## NOTARY PUBLIC SERVICE DENIAL

Regarding your request for Notary Public service, insufficient justification was provided necessitating Notary Public service. However, you may proceed with an Unsworn Declaration.

_____     _6/19/15_
(Signature - Notary)                              (Date)

9/3/17

FILED
Chris Daniel
District Clerk

JAN 2 1 2014

Time:_____
Harris County, Texas
By_____
Deputy

Cause No. 1366229-A

| EX PARTE | § | IN THE 337th DISTRICT COURT |
|---|---|---|
| | § | OF |
| RONNIE DWAYNE MCKEE, Applicant | § | HARRIS COUNTY, TEXAS |

### STATE'S PROPOSED ORDER DESIGNATING ISSUES AND FOR FILING AFFIDAVIT

Having considered the application for writ of habeas corpus in the above-captioned cause and the State's original answer, the Court finds that the issue of whether the applicant was denied effective assistance of counsel still needs to be resolved in the present case. Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

To assist the Court in resolving these factual issues, counsel Silvia Pubchara is ORDERED to file an affidavit summarizing his actions as counsel for the applicant in the primary case, cause number 1366229, and specifically responding to the following:

1. Please describe any pre-trial discovery or investigation Pubchara did into the applicant's case. If Pubchara's investigation or discovery was limited in any way, please explain. Specifically, please state whether Pubchara attempted to locate any videos of the incident in the instant case, and if not, why not.

1

2. Please summarize any advice Pubchara gave to the applicant concerning whether to go to trial or plead guilty. (Please include whether Pubchara told th e applicant that "at this point, 25 years aggravated would do you good.").

3. Please explain the $3,400.00 notation on the trial court's Case Reset Form dated 02/05/13.

4. Please describe the manner and the degree to which Pubchara reviewed the plea papers and admonishments with the applicant; if Pubchara does not have an independent recollection of the event, please state what Pubchara's usual and customary practice was, and also state whether Pubchara has any reason to believe that Pubchara varied from that practice in this particular case.

5. Please state whether Pubchara believes that the applicant fully understood the range of punishment and consequences of his plea.

6. Please state whether Pubchara believes the applicant's plea was knowingly and voluntarily entered.

The applicant's trial counsel Silvia Pubchara is ordered to file said affidavit with the Post-Conviction Writ Division of the District Clerk's Office, 1201 Franklin, Third Floor, Houston, Texas 77002, within TWENTY DAYS of the signing of this Order.

2

The Clerk of the Court is ORDERED to send a copy of this Order to the applicant and to the State, and to serve copies of this Order and the application to:

Ms. Silvia Pubchara
12 Greenway Plaza, Suite 1100
Houston, Texas 77046

When the affidavit of Silvia Pubchara is received, the Clerk is ORDERED to send a copy of said affidavit to the applicant, Ronnie McKee, #1841949 – Wynne Unit, 810 F.M. 2821, Huntsville, Texas 77349; and a copy to Counsel for the State, Assistant District Attorney Eva Flores, 1201 Franklin, Suite 600, Houston, Texas 77002.

The Clerk of the Court is ORDERED **NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further ordered by this Court.

**By the following signature, the Court adopts the State's Proposed Order for Filing Affidavit in Cause Number 1366229-A.**

Signed this ___21___ day of ___January___, 2014.

_Renee Magee_

**PRESIDING JUDGE**

3

EXHIBIT B

TO: CHRIS DANIELS
HARRIS County District Clerk
P. O. Box 4651
Houston, Texas 77210-4651

FROM: Ronnie McKEE #1841949
McConnell Unit
3001 Emily Dr.
Beeville, Tx 78102

DATE 03-03-2015

CAUSE #1366229-A

ON Jan 21, 2014 AN ORDER WAS ADOPTED By THE
Trial Court Pursuant To STATES Proposed ORDER
Designating Issues And For Filing Affidavit.

NO Activity HAS TRANSPIRED As of To Date 03-03-2015

This Notice Is Given of Applicant Intent
To File Writ of Mandamus Pursaunt
To 11.07 §2 Within 15 Days of This
Notice,

THANK YOU

Ronnie McKee

1of1

EXHIBIT C

TO: EVA FLORES
Assistant District Attorney
Harris County, Tx
1201 Franklin 6th Floor
Houston, Tx 77002


FROM: Ronnie McKee #1841949
McConnell Unit
3001 Emily Dr.
Beeville, Tx 78102

DATE 03-03-2015

CAUSE # 1366229-A

ON Jan 21, 2014 AN ORDER WAS ADOPTED BY THE TRIAL COURT PURSUANT TO STATES PROPOSED ORDER DESIGNATING ISSUES AND FOR FILING AFFIDAVIT.

NO ACTIVITY HAS TRANSPIRED AS OF 03-03-2015

THIS NOTICE IS GIVEN OF APPLICANTS INTENT TO FILE WRIT OF MANDAMUS PURSUANT TO 11.07 § 2 WITH 15 DAYS OF THIS NOTICE


THANK YOU

Ronnie McKee

C.C.

TO: JUDGE Renee MaGee
337th District Court
1201 FRANKLIN 15th Floor
Houston, TX 77002

FROM: Ronnie McKee #1841949
McConnell Unit
3001 Emily DR
Beeville, TX 78102

DATE 03-03-2015

CAUSE # NO. 1366229-A

ON Jan 21, 2014 AN ORDER WAS ADOPTED BY THE TRIAL COURT PURSUANT To STATE's PROPOSED ORDER DESIGNATING ISSUES AND FOR Filing AFFiDAViT.

NO ACTIVITY HAS TRANSPIRED AS of 03-03-2015

THis Notice IS GiVEN of APPlicANts INTENT TO FILE WRit OF MANDAMUS PURSUANT To 11.07 §2 WITHIN 15 DAYs of this NOTICE,

THANK YOU

Ronnie McKee

EXHIBIT E

MAY 12, 2014

TO: JUDGE RENEE MaGEE
IN THE 337th. DISTRICT COURT
1201 FRANKLIN ST.
HOUSTON, TEXAS 77210-4561

FROM: RONNIE D. McKEE #1841949
810 F.M. 2821
WYNNE UNIT
HUNTSVILLE, TEXAS 77349

IM WRITING THIS LETTER OF INQUIRY IN REFERANCE TO CAUSE#
1366229-A IN THE 337th. DISTRICT COURT OF HARRIS COUNTY
TEXAS ON JANUARY 21,2014 ATTORNEY SILVIA PUBCHARA WAS
ORDERED TO FILE AN AFFIDAVIT WITHIN TWENTY DAYS OF THE
ORDER BY JUDGE RENEE MaGEE IVE NOT RECIEVED A COPY .
I WOULD LIKE TO KNOW DID MS. PUBCHARA COMPLY WITH THE
ORDER AND I SOMEHOW DID NOT RECIEVE A COPY AS ORDERED
BY THE JUDGE OR HAS A AFFIDAVIT NOT BEEN SUBMITTED BY
SILVIA PUBCHARA. PLEASE REPLY.

RESPECTFULLY SUBMITTED

MR. RONNIE D. McKEE

*Mr. Ronnie D. McKee*

CC.COURT

1of1